ORIVAL O. CLARK, Respondent, *v.* JOHN CLAFLIN et al.,
Appellants.

THE ANDERSON AND BLATT FOLDING BED COMPANY, Respondent,
*v.* The Same Appellants.

PHILANDER DERBY et al., Respondents, *v.* The Same
Appellants.

A motion for judgment of affirmance or to dismiss an appeal, based on the ground that only the same questions arise therein which have been passed upon by this court in other cases lately decided, will not be granted where this is denied by the appellant.

(Argued June 5, 1891; decided June 23, 1891.)

MOTION for affirmance of judgment in the above entitled action, or for a dismissal of the appeals therein, on the ground that the only questions raised had been passed upon in certain other cases lately decided.

The following *mem.* was handed down by the court : " The defendants in each of these entitled actions state that the same questions only arise in them that have been considered and passed upon by this court in the other cases just determined. The court cannot undertake in advance of the argument to examine the records in each to determine for itself whether such statement is borne out or not. The court shall have to do that when the cases come before it regularly, as reached for argument on the calender. If the same questions only arise that have already been passed upon here, it may, of course, be expected they will meet with the same end."

*Abram Kling* for motion.

*S. F. Kneeland* opposed.

Agree to deny motion.
All concur.
Motion denied.